# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01284-SMS PC<br><br>ORDER STRIKING COMPLAINT, AND REQUIRING PLAINTIFF TO FILE COMPLAINT THAT IS NO LONGER THAN TWENTY-FIVE PAGES, WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　　On July 23, 2009, Plaintiff Everett Galindo Gonzalez, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." Fed. R. Civ. P. 8(a)(2). Plaintiff's complaint is excessively lengthy at eighty-five pages. Accordingly, Plaintiff's complaint is HEREBY STRICKEN from the record, and within **thirty (30) days** from the date of service of this order, Plaintiff shall file a complaint that is no longer than twenty-five pages.

IT IS SO ORDERED.

**Dated:   July 27, 2009**　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1