# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ, | Case No. 1:09-cv-01284-AWI-SKO PC |
| Plaintiff, | ORDER DISREGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | |
| DERRAL G. ADAMS, et al., | (Doc. 63) |
| Defendants. | |

Plaintiff Everett Galindo Gonzalez, a state prisoner proceeding pro se and in forma pauperis, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on July 23, 2009. On September 25, 2013, this action was dismissed, with prejudice. Fed. R. Civ. P. 12(b)(6). On October 7, 2013, Plaintiff filed a notice of appeal and a request that his in forma pauperis status continue on appeal.

Plaintiff's in forma pauperis status automatically continues on appeal and his request is DISREGARDED as unnecessary. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated: **October 9, 2013**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28