1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | EVERETT GALINDO GONZALEZ,                   Case No. 1:09-cv-01284-AWI-SKO PC

11 |         Plaintiff,                          ORDER DISREGARDING REQUEST TO
                                                 PROCEED IN FORMA PAUPERIS ON
12 |     v.                                      APPEAL

13 | DERRAL G. ADAMS, et al.,                    (Doc. 63)

14 |         Defendants.

15 | _____/

16

17         Plaintiff Everett Galindo Gonzalez, a state prisoner proceeding pro se and in forma

18 | pauperis, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on July 23, 2009.   On

19 | September 25, 2013, this action was dismissed, with prejudice.   Fed. R. Civ. P. 12(b)(6).   On

20 | October 7, 2013, Plaintiff filed a notice of appeal and a request that his in forma pauperis status

21 | continue on appeal.

22         Plaintiff's in forma pauperis status automatically continues on appeal and his request is

23 | DISREGARDED as unnecessary.   Fed. R. App. P. 24(a)(3).

24
25 | IT IS SO ORDERED.

26    Dated:   __October 9, 2013__              _____/s/ Sheila K. Oberto____
                                                UNITED STATES MAGISTRATE JUDGE
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28