# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DERRAL G. ADAMS, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:09-cv-01284-AWI-SKO (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE ANSWER WITHIN TWENTY DAYS<br><br>(Docs. 21 and 70) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on July 23, 2009. Following the decision by the United States Court of Appeals for the Ninth Circuit on March 19, 2015, this action for damages is proceeding on Plaintiff's third amended complaint, limited to Plaintiff's due process claim arising out of his 2007 re-validation. Mandate issued on April 15, 2015, and Defendants are HEREBY ORDERED to file an answer to Plaintiff's third amended complaint within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 16, 2015**          /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE