# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-01284-AWI-SKO PC<br><br>ORDER STRIKING LETTER TO CLERK'S OFFICE<br><br>(Doc. 78) |

On May 14, 2015, the Clerk's Office received a letter from the plaintiff regarding his separately-filed change of address and case status. The letter was filed in this case in error and is HEREBY ORDERED STRICKEN from the record. As long as Plaintiff keeps the Court and Defendants apprised of his current address, which he has, he will be served with all filings. In this instance, there has been no returned mail, and Plaintiff was served at his current address with Defendants' answer and the Court's scheduling order.

IT IS SO ORDERED.

Dated:   **May 15, 2015**                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE