UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DERRAL G. ADAMS, et al.,<br><br>        Defendants. | 1:09-cv-01284-DAD-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS and PLAINTIFF'S MOTION TO STRIKE PRIOR MOTION TO EXTEND TIME TO FILE OBJECTIONS<br><br>(Docs. 94, 95, 96)<br><br>THIRTY-DAY DEADLINE |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2016, three motions from Plaintiff were filed -- a motion for a thirty day extension of time to file objections to the pending findings and recommendations (Doc. 94); a motion to strike that motion for an extension of time as being incorrectly dated (Doc. 95); and a correctly dated motion for a thirty day extension of time from February 22, 2016 to file objections to the pending findings and recommendations to grant Defendants' motion for judgment on the pleadings (Doc. 96).

      Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    (1) Plaintiff's motion (Doc. 95) to strike his incorrectly dated motion (Doc. 94) for extension of time to file objections to the pending findings and recommendations is GRANTED;

1

(2) Plaintiff's incorrectly dated motion (Doc. 94) for extension of time to file objections to the pending findings and recommendations is STRICKEN; and

(3) Plaintiff's motion (Doc. 96) for a thirty day extension of time from February 22, 2016 is GRANTED;

(4) Plaintiff has until March 23, 2016 in which to file objections to the pending findings and recommendations to grant Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated:  **February 26, 2016**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE